| | |
|---|---|
| 1 | |
| 2 | Karen L. Lynch, No. 161088<br>**JACOBSON, HANSEN, NAJARIAN & McQUILLAN** |
| 3 | A Professional Corporation<br>1690 W. Shaw Avenue, Suite 201 |
| 4 | Fresno, California 93711-3516<br>Telephone: (559) 448-0400 |
| 5 | Facsimile: (559) 448-0123 |
| 6 | Attorneys for Defendant, ERIC MARQUIS TEMPLE |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:07-cr-00127-AWI |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF HEARING; ORDER** |
| vs. | DATE:  September 17, 2007 |
| ERIC MARQUIS TEMPLE, | |
| Defendant. | |

   IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

        IT IS HEREBY STIPULATED by and between the parties hereto and their

respective counsel of record that the Sentencing Hearing of ERIC MARQUIS TEMPLE be continued.

Good cause exists for the granting of this Stipulation, as counsel for defendant ERIC MARQUIS TEMPLE is not available on September 17, 2007.  Counsel stipulate that the sentencing hearing be continued to October 8, 2007, at 9:00 a.m. in Courtroom 2.

This Stipulation may be signed by photocopy or by facsimile.

DATED:  September 7, 2007

                U.S. DISTRICT ATTORNEY

                      /s/
By: _____
                STANLEY A. BOONE

DATED:  September 7, 2007

                JACOBSON, HANSEN, NAJARIAN & McQUILLAN
                      /s/
By:_____
Karen L. Lynch
Attorneys for Defendant ERIC MARQUIS TEMPLE

IT IS HEREBY ORDERED that the sentencing hearing of ERIC MARQUIS TEMPLE is continued to **Tuesday,** October **9**, 2007, at 9:00 a.m..

IT IS SO ORDERED.

**Dated:     September 11, 2007**          _____/s/ Anthony W. Ishii_____
                                                      UNITED STATES DISTRICT JUDGE